UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 11-35472 |
| GARY JOSEPH WESSELY, | ) | Chapter 7 |
| | ) | Honorable Eugene R. Wedoff |
| Debtor. | ) | |
| | ) | Hearing Date: Tues., May 21, 2013 |
| | ) | Hearing Time: 9:30 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Tuesday, May 21**, **2013** at **9:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Eugene Wedoff or any other Judge sitting in his stead, in **Courtroom 744**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee for Authority to Pay Additional Final Compensation to Accountants and for Limited Notice,** a copy of which was previously served upon you.

/s/ Norman B. Newman
Norman B. Newman, Trustee


Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on April 29, 2013, he electronically filed a Notice of Motion with attachments with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice and by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois.

/s/Norman B. Newman

4026322_1

## SERVICE LIST

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Gary Joseph Wessely
1942 N Harding Ave
Chicago, IL 60647

David D. Lugardo
Geraci Law L.L.C
55 E. Monroe St. Suite #3400
Chicago, IL 60603

Chuck Cohen
Miller Cooper & Co., Ltd.
1751 Lake Cook Road, Suite 400
Deerfield, IL 60015

4026322_1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 11-35472 |
| GARY JOSEPH WESSELY, ) | Chapter 7 |
| ) | Honorable Eugene R. Wedoff |
| Debtor. ) | |
| ) | Hearing Date: Tues., May 21, 2013 |
| ) | Hearing Time: 9:30 a.m. |

**CHAPTER 7 TRUSTEE'S APPLICATION FOR
AUTHORITY TO PAY ADDITIONAL FINAL COMPENSATION
TO ACCOUNTANTS AND REQUEST FOR LIMITED NOTICE**

Norman B. Newman, Trustee herein (the "Trustee"), moves this Court for authorization to pay Miller Cooper & Co., Ltd., ("Miller Cooper") the Trustee's accountants, additional final compensation under §§330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016 and for approval of limited notice. In support of his motion, the Trustee respectfully states as follows:

1. On August 30, 2011, the Debtor filed a voluntary case for relief under Chapter 7 of the Bankruptcy Code. The Trustee was subsequently appointed, qualified and continues to serve as Trustee in this case.

2. On August 21, 2012, this Court entered an Order authorizing Trustee to employ Miller Cooper as accountants for the Trustee and to pay Miller Cooper a retainer in the amount of $2,500.00.

3. On March 27, 2013, this Court entered an Order awarding Miller Cooper final compensation in the amount of $949.25 plus reimbursement of out-of-pocket expenses in the amount of $20.00. A copy of the Order entered on March 27, 2013, is attached hereto and made a part hereof as Exhibit "A".

4026322_1

4. The Trustee inadvertently excluded an invoice he received from Miller Cooper dated February 14, 2013, in the amount of $594.00.

5. Attached hereto and made a part of hereof as Exhibit "B" is a statement of services rendered by Miller Cooper during the period December 7, 2012 through January 7, 2013, consisting 3.0 hours with a time value of $594.00. The services were rendered in connection with the preparation of 2011 and 2012 bankruptcy estate tax returns.

6. The services rendered by Miller Cooper provided a benefit to the Trustee and to the creditors of this estate.

7. Notice of the hearing on this motion was provided to the parties on the service list in this case. Because of the small amount involved in this matter, the Trustee requests that further notice be waived.

**WHEREFORE**, Trustee respectfully prays that this Court enter an Order as follows:

i. awarding Miller Cooper additional final Chapter 7 compensation in the amount of $594.00.

ii. authorizing Miller Cooper to apply the amounts awarded against the retainer it was paid and to return the excess funds it is holding to the Trustee.

iii. approving the limited notice of this application; and

4026322_1

    iv.    awarding such further relief as this Court deems just.

Respectfully Submitted,

/s/ Norman B. Newman
Norman B. Newman, Trustee for the
estate of Gary J. Wessely

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

4026322_1