UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| WESSELY, GARY JOSEPH | ) | Case No. 11-35472 |
| | ) | |
| | ) | Hon. EUGENE R. WEDOFF |

### TRUSTEE'S APPLICATION FOR
### COMPENSATION AND EXPENSES

TO:   THE HONORABLE EUGENE R. WEDOFF

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $3,012.13 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $22,621.32. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $1,762.13 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $3,012.13 | |

**EXHIBIT E**

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:  November 12, 2013

/s/ Norman B. Newman
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
ADDRESS

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Gary Joseph Wessely
c/o Norman B. Newman, Trustee
191 N Wacker Dr
Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **07/22/2013**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009825.0009**

12 - Trustee Matters

### FEES THROUGH JULY 22, 2013

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 01/12/12 | NBN | Correspondences with Prudential regarding surrender value information and forms needed. | 0.20 |
| 02/02/12 | NBN | Review Discharge Order and notice (.20); review Prudential surrender forms and discuss with J. Gansberg (.40). | 0.60 |
| 02/03/12 | NBN | Discussion with J. Gansberg regarding motion for turnover of cash value proceeds. | 0.30 |
| 02/15/12 | NBN | Review filed motion and order regarding turnover of Life Insurance proceeds. | 0.30 |
| 03/05/12 | NBN | Review order regarding turnover of life insurance cash valve (.2); review schedules regarding potential distribution (.4). | 0.60 |
| 03/16/12 | NBN | Discussion with J. Gansberg regarding status of turn over of insurance proceeds. | 0.20 |
| 03/22/12 | NBN | Discussion with J. Gansberg regarding insurance proceeds sent. | 0.20 |
| 03/26/12 | NBN | Discussion with J. Gansberg regarding insurance proceeds. | 0.20 |
| 03/28/12 | NBN | Discussion with J. Gansberg regarding status of Insurance Co. payment. | 0.20 |
| 03/30/12 | NBN | Review correspondences and funds from Prudential regarding cash value of insurance (.20); review exemption claims (.20); review request for claim bar date (.20). | 0.60 |
| 04/04/12 | NBN | Review notice fixing time to file claims. | 0.20 |
| 04/06/12 | NBN | Review claim of Discover Bank. | 0.20 |
| 04/17/12 | NBN | Letter to Debtor's attorney enclosing exemption check (.10); review order denying motion as unnecessary (.10). | 0.20 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

**thinking business, practicing law.**

# MUCH SHELIST  

191 North Wacker Drive, Suite 1800
Chicago, IL  60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Gary Joseph Wessely
c/o Norman B. Newman, Trustee
191 N Wacker Dr
Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **07/22/2013**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009825.0009**

12 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 05/07/12 | NBN | Review claim of FIA Card Services. | 0.20 |
| 05/11/12 | NBN | Review claim of GE Capital. | 0.20 |
| 05/17/12 | NBN | Review claims filed. | 0.30 |
| 05/23/12 | NBN | Review policy surrender tax information. | 0.20 |
| 07/02/12 | NBN | Review claims register and proofs of claim. | 0.80 |
| 07/05/12 | NBN | Discussion with J. Gansberg regarding tax form needed from Prudential (.20); review schedules for unfiled claims (.40). | 0.60 |
| 07/26/12 | NBN | Review filed motion to employ accountant. | 0.50 |
| 12/06/12 | NBN | Discussion with C. Cohen regarding status of tax returns. | 0.20 |
| 01/18/13 | NBN | Review General Electric Capital Retail claim. | 0.20 |
| 01/24/13 | NBN | Review notice of claim assignment. | 0.20 |
| 01/28/13 | NBN | Issue check to IDOR. | 0.20 |
| 02/25/13 | NBN | Review statement of services of Miller Cooper and telephone call with C. Cohen regarding same. | 0.30 |
| 02/27/13 | NBN | Correspondences with C. Cohen regarding accountants fees. | 0.20 |
| 03/27/13 | NBN | Conference with J. Schwartz regarding outcome of accountant fee hearing. | 0.20 |
| 03/28/13 | NBN | Correspondence with C. Cohen regarding compensation order (.2); review claim register (.4). | 0.60 |
| 05/03/13 | NBN | Telephone conference with C. Cohen regarding refund of retainer after supplemental fee application. | 0.20 |
| 05/16/13 | NBN | Telephone conference with Judge Wedoff's office regarding re-setting hearing on Accountant's fees. | 0.20 |

 **PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

 **QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

**thinking business, practicing law.**

# MUCH SHELIST




191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Gary Joseph Wessely
c/o Norman B. Newman, Trustee
191 N Wacker Dr
Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: 07/22/2013

Billing Attorney: **Norman B. Newman**

Matter Number: 0009825.0009

12 - Trustee Matters

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
|      |       | **Total Hours** | 9.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

Payment due within 30 days of invoice

thinking business, practicing law.