UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| WESSELY, GARY JOSEPH | § | Case No. 11-35472 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE COURT
        219 S. Dearborn Street
        Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on December 18, 2013 in Courtroom 744, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/12/2013              By: /s/Norman B. Newman
                                                                  Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
WESSELY, GARY JOSEPH § Case No. 11-35472
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 22,621.32 |
| and approved disbursements of | $ | 3,076.77 |
| leaving a balance on hand of[1] | $ | 19,544.55 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: NORMAN NEWMAN | $ 3,012.13 | $ 0.00 | $ 3,012.13 |
| Attorney for Trustee Fees: Much Shelist, P.C. | $ 11,234.50 | $ 0.00 | $ 11,234.50 |
| Attorney for Trustee Expenses: Much Shelist, P.C. | $ 78.65 | $ 0.00 | $ 78.65 |
| Accountant for Trustee Fees: MILLER COOPER & CO., LTD | $ 1,543.25 | $ 1,543.25 | $ 0.00 |
| Accountant for Trustee Expenses: MILLER COOPER & CO., LTD | $ 270.00 | $ 20.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 14,325.28 |
| Remaining Balance | $ 5,219.27 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,577.94 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 11,191.12 | $ 0.00 | $ 2,117.98 |
| 2 | FIA CARD SERVICES, N.A. successor to | $ 5,957.48 | $ 0.00 | $ 1,127.48 |
| 3 | GE Capital Retail Bank | $ 1,891.77 | $ 0.00 | $ 358.03 |
| 4 | LVNV Funding, LLC its successors and assigns as | $ 6,163.78 | $ 0.00 | $ 1,166.53 |
| 5 | PYOD, LLC its successors and assigns as assignee | $ 2,373.79 | $ 0.00 | $ 449.25 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,219.27 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Norman B. Newman
Trustee

*NORMAN NEWMAN*
*191 N. WACKER DRIVE*
*SUITE 1800*
*CHICAGO, IL 60606-1615*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                              Case No. 11-35472-ERW
Gary Joseph Wessely                                                 Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1         User: mmyers              Page 1 of 2            Date Rcvd: Nov 13, 2013
                             Form ID: pdf006           Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2013.
db           +Gary Joseph Wessely,    1942 N Harding Ave,    Chicago, IL 60647-3415
17735362     +Aspire CARD,    C/O Jefferson Capital SYST,    16 Mcleland Rd,    Saint Cloud, MN 56303-2198
17735373     +BANK OF America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington, DE 19884-0001
17735363     +CHASE,    Attn: Bankruptcy Dept.,    Po Box 6004,    Ridgeland, MS 39158-6004
17735372     +CITI,   Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
17735361     +Citibank South Dakota N A,    Attn: Bankruptcy Dept.,    P.O. Box 6241,
               Sioux Falls, SD 57117-6241
17735375     +City of Chicago - EMS,    Bankruptcy Department,    33589 Treasury Center,    Chicago, IL 60694-3500
17735367     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
17735368     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
18879316      FIA CARD SERVICES, N.A. successor to,    Bank of America, N.A. (USA) and,
               MBNA America Bank, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17735366     +Ffcc-Columbus INC,    Attn: Bankruptcy Dept.,    1550 Old Henderson Rd St,
               Columbus, OH 43220-3626
17735376     +Harris & Harris, LTD,    Bankruptcy Department,    PO Box 5598,    Chicago, IL 60680-5598
19932189      Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
17735377     +Norwegian American Hospital,    Attn: Bankruptcy Department,    1044 N. Francisco Ave.,
               Chicago, IL 60622-2743
17735371     +Target NB,    Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
17735369     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17735365     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2013 03:50:05      Capital ONE,
               C/O LVNV Funding LLC,    Po Box 740281,    Houston, TX 77274-0281
18741533      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 14 2013 03:55:10      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17735374     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 14 2013 03:55:10      Discover FIN SVCS LLC,
               Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
18902068      E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2013 03:46:08      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17735370     +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2013 03:54:41      GEMB/JC PENNEY DC,
               Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
19070138      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2013 03:45:05
               LVNV Funding, LLC its successors and assigns as,    assignee of Capital One,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
19070140     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2013 03:45:04
               PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
19932190      E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2013 03:51:20
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Much Shelist Denenberg Ament & Rubenstein, P C
17735364*    +CHASE,   Attn: Bankruptcy Dept.,    Po Box 6004,    Ridgeland, MS 39158-6004
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2013                                    Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0752-1          User: mmyers              Page 2 of 2                  Date Rcvd: Nov 13, 2013
                              Form ID: pdf006           Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2013 at the address(es) listed below:
```
              David D. Lugardo    on behalf of Debtor Gary Joseph Wessely ndil@geracilaw.com
              Jeffrey L. Gansberg    on behalf of Trustee Norman B Newman jgansberg@muchshelist.com,
               nsulak@muchshelist.com
              Norman B Newman    on behalf of Accountant   Miller Cooper & Co., Ltd. nnewman@muchshelist.com,
               nnewman@ECF.epiqsystems.com;nsulak@muchshelist.com
              Norman B Newman    on behalf of Trustee Norman B Newman nnewman@muchshelist.com,
               nnewman@ECF.epiqsystems.com;nsulak@muchshelist.com
              Norman B Newman    on behalf of Attorney   Much Shelist, P.C. nnewman@muchshelist.com,
               nnewman@ECF.epiqsystems.com;nsulak@muchshelist.com
              Norman B Newman    nnewman@muchshelist.com,   nnewman@ECF.epiqsystems.com;nsulak@muchshelist.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```