**FILED**

**DEC 18 2013**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                        )
                                              )
                                              )    Case No. 11 B 35472
    GARY JOSEPH WESSELY                       )
                                              )
                                              )
                                              )    Chapter 7
        Debtor.                               )
                                              )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO MUCH SHELIST, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $11,234.50 | TOTAL COSTS REQUESTED: | $78.65 |
| TOTAL FEES REDUCED: | $2,238.25 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $9,074.90 | TOTAL COSTS ALLOWED: | $78.65 |

**TOTAL FEES AND COSTS ALLOWED: $9,153.55**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(2)    **Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

Dated: December 18, 2013

_____
Eugene R. Wedoff
United States Bankruptcy Judge

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Gary Joseph Wessely
c/o Norman B. Newman, Trustee
191 N Wacker Dr
Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: 07/22/2013

Billing Attorney: **Norman B. Newman**

Matter Number: 0009825.0010

12 - Fee Related Matters

### FEES THROUGH JULY 22, 2013

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 03/05/13 | NBN | Prepare application to pay final compensation to accountant and prepare Order. | 0.80 |
| 03/27/13 | JMS | Attend hearing on motion to pay accountant in Wessely | 0.90 |
| 04/22/13 | NBN | Prepare supplemental final fee application for accountant. | 0.30 |
| 04/26/13 | NBN | Prepare motion to pay additional final compensation to Miller Cooper, notice and order. | 0.40 |
| 05/28/13 | JMS | Attend hearing on motion to pay additional compensation to Accountants | 0.60 |
| 07/16/13 | NBN | Prepare final fee application. | 1.80 |
| | | **Total Hours** | 4.80 |

Total                                         2,836.50

*(handwritten annotations:)*

3.0 hrs, $1,747.00
$1,089.00

Accts.
$1,219 + $594.00 = $1,813 (total fees for accts.)

$1,747 (fees charged for fee app) / $1,813 (fees charged for subst. matters) = 96%

$1,813 × .05 (max % allowed) = $90.65 (max amt allowable for accts. fee app)

$1,747 − $90.65 = $1,656.53 ⟶ amt. of deduction

Lawyers
$1,089.00 (fees charged for fee app) / $10,145.50 (fees for subst. matters) = 10.7%

$10,145.50 × .05 = $507.28 (max allowable)

$1,089 − $507.28 = $581.72 ⟶ amt. of deduction for lawyers

$1,656.53 + $581.72 = $2,238.25
total deduction

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

Payment due within 30 days of invoice

thinking business, practicing law.