# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: WESSELY, GARY JOSEPH § Case No. 11-35472
§
§
Debtor(s) §

**AMENDED CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $17,082.00                    Assets Exempt: $6,019.00
(without deducting any secured claims)

Total Distribution to Claimants: $7,830.37      Claims Discharged
                                                Without Payment: $20,136.67

Total Expenses of Administration: $14,166.95
```

3) Total gross receipts of $ 21,997.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $21,997.32 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 1,543.25 | 16,326.55 | 14,166.95 | 14,166.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 27,967.04 | 27,967.04 | 7,830.37 |
| **TOTAL DISBURSEMENTS** | $1,543.25 | $44,293.59 | $42,133.99 | $21,997.32 |

4) This case was originally filed under Chapter 7 on August 30, 2011. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/18/2014          By:  /s/NORMAN NEWMAN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cash Surrender of Life Insurance Po | 1129-000 | 12,298.93 |
| Whole Life insurance with Prudential | 1129-000 | 9,698.39 |
| **TOTAL GROSS RECEIPTS** | | **$21,997.32** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WESSELY, GARY JOSEPH | | 8100-000 | -624.00 |
| WESSELY, GARY JOSEPH | Exemptions | 8100-000 | 624.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN NEWMAN | 2100-000 | N/A | 2,949.73 | 2,949.73 | 2,949.73 |
| MUCH SHELIST, P.C. | 3120-000 | N/A | 78.65 | 78.65 | 78.65 |
| MUCH SHELIST, P.C. | 3110-000 | N/A | 11,234.50 | 9,074.90 | 9,074.90 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MILLER COOPER & CO., LTD | 3410-000 | N/A | 1,563.25 | 1,563.25 | 1,563.25 |
| ILLINOIS DEPT. OF REVENUE | 2810-000 | N/A | 330.00 | 330.00 | 330.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 21.07 | 21.07 | 21.07 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 13.36 | 13.36 | 13.36 |
| ASSOCIATED BANK | 2600-000 | N/A | 25.23 | 25.23 | 25.23 |
| ASSOCIATED BANK | 2600-000 | N/A | 27.83 | 27.83 | 27.83 |
| ASSOCIATED BANK | 2600-000 | N/A | 26.89 | 26.89 | 26.89 |
| ASSOCIATED BANK | 2600-000 | N/A | 27.88 | 27.88 | 27.88 |
| ASSOCIATED BANK | 2600-000 | N/A | 28.16 | 28.16 | 28.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $16,326.55 | $14,166.95 | $14,166.95 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | N/A | 11,191.12 | 11,191.12 | 3,019.67 |
| 2 | FIA CARD SERVICES, N.A. SUCCESSOR T | 7100-000 | N/A | 5,957.48 | 5,957.48 | 1,607.49 |
| 3 | GE CAPITAL RETAIL BANK | 7100-000 | N/A | 1,891.77 | 1,891.77 | 510.45 |
| 4 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-000 | N/A | 6,163.78 | 6,163.78 | 1,663.15 |
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | N/A | 2,373.79 | 2,373.79 | 640.51 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 7100-000 | N/A | | 40.17 | 40.17 | 40.17 |
| The Bank of New York Mellon | 7100-000 | N/A | | 49.71 | 49.71 | 49.71 |
| The Bank of New York Mellon | 7100-000 | N/A | | 43.39 | 43.39 | 43.39 |
| The Bank of New York Mellon | 7100-000 | N/A | | 47.78 | 47.78 | 47.78 |
| The Bank of New York Mellon | 7100-000 | N/A | | 46.19 | 46.19 | 46.19 |
| The Bank of New York Mellon | 7100-000 | N/A | | 41.29 | 41.29 | 41.29 |
| The Bank of New York Mellon | 7100-000 | N/A | | 43.34 | 43.34 | 43.34 |
| The Bank of New York Mellon | 7100-000 | N/A | | 39.31 | 39.31 | 39.31 |
| THE BANK OF NEW YORK MELLON | 7100-000 | N/A | | 37.92 | 37.92 | 37.92 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $27,967.04 | $27,967.04 | $7,830.37 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-35472  
**Case Name:** WESSELY, GARY JOSEPH  

**Period Ending:** 03/18/14

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 08/30/11 (f)  
**§341(a) Meeting Date:** 09/27/11  
**Claims Bar Date:** 07/02/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 Checking account with BOA<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 1.00 | 1.00 | | 0.00 | FA |
| 2 Savings account with BOA<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3 Checking account with Harris Bank<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 1,800.00 | 0.00 | | 0.00 | FA |
| 4 Household goods; TV, DVD player, TV stand, stere<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 Books, Compact Discs, Tapes/Records, Family Pict<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 30.00 | 0.00 | | 0.00 | FA |
| 6 Necessary wearing apparel.<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 7 watch, costume jewelry<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 15.00 | 0.00 | | 0.00 | FA |
| 8 Whole Life insurance with Prudential<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 22,103.00 | 21,479.00 | | 22,621.32 | FA |
| 9 401(K) w/ Employer/Former Employer - 100% Exempt<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 11,111.00 | 11,111.00 | | 0.00 | FA |
| 10 2000 Jeep Cherokee<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 2,975.00 | 575.00 | | 0.00 | FA |
| 11 Refund of Fees (u) | 0.00 | 0.00 | | 0.00 | FA |
| **11  Assets  Totals** (Excluding unknown values) | **$39,185.00** | **$33,166.00** | | **$22,621.32** | **$0.00** |

Printed: 03/18/2014 04:19 PM    V.13.14

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-35472  
**Case Name:** WESSELY, GARY JOSEPH  

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 08/30/11 (f)  
**§341(a) Meeting Date:** 09/27/11  

**Period Ending:** 03/18/14  
**Claims Bar Date:** 07/02/12  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Received proceeds from life insurance policies.  Preparing Final Report.

**Initial Projected Date Of Final Report (TFR):** November 30, 2012   **Current Projected Date Of Final Report (TFR):** November 12, 2013  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-35472  
**Case Name:** WESSELY, GARY JOSEPH  
**Taxpayer ID #:** **-***6397  
**Period Ending:** 03/18/14  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** THE BANK OF NEW YORK MELLON  
**Account:** ****-******16-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/12 | {8} | Prudential Insurance Co. | Cash Surrender of Life Insurance Policy per Order dated 2/28/12 DEPOSIT CHECK #2530061328 | 1129-000 | 9,698.39 | | 9,698.39 |
| 03/30/12 | {8} | Prudential Insurance Co. | Cash Surrender of Life Insurance Policy per Order dated 2/28/12. DEPOSIT CHECK #2530061329 | | 12,922.93 | | 22,621.32 |
| | | WESSELY, GARY JOSEPH | 624.00 | 8100-000 | | | 22,621.32 |
| | | Prudential Insurance Co. | Cash Surrender of Life   12,298.93 Insurance Po | 1129-000 | | | 22,621.32 |
| 04/17/12 | 1001 | WESSELY, GARY JOSEPH | Exemptions | 8100-000 | | 624.00 | 21,997.32 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 40.17 | 21,957.15 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 49.71 | 21,907.44 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 43.39 | 21,864.05 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 47.78 | 21,816.27 |
| 08/21/12 | 1002 | MILLER COOPER & CO., LTD. | Retainer for accounting services | | | 2,500.00 | 19,316.27 |
| 08/21/12 | | | Fees   2,210.00 | 3410-000 | | | 19,316.27 |
| 08/21/12 | | | Expenses   290.00 | 3420-000 | | | 19,316.27 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 46.19 | 19,270.08 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 41.29 | 19,228.79 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 43.34 | 19,185.45 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 39.31 | 19,146.14 |
| 12/31/12 | | THE BANK OF NEW YORK MELLON | Bank Service Fee | 7100-000 | | 37.92 | 19,108.22 |
| 01/09/13 | | Transfer to Acct #2221644236 | Bank Funds Transfer | 9999-000 | | 19,108.22 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 22,621.32 | 22,621.32 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 19,108.22 | |
| | | | **Subtotal** | | 22,621.32 | 3,513.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,621.32** | **$3,513.10** | |

{} Asset reference(s)                                                                                             Printed: 03/18/2014 04:19 PM    V.13.14

Case 11-35472    Doc 53    Filed 03/19/14    Entered 03/19/14 11:00:37    Desc Main
Document      Page 9 of 10

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-35472  
**Case Name:** WESSELY, GARY JOSEPH  

**Taxpayer ID #:** **-***6397  
**Period Ending:** 03/18/14  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********36 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/13 | | Transfer from Acct #005328051665 | Bank Funds Transfer | 9999-000 | 19,108.22 | | 19,108.22 |
| 01/28/13 | 1001 | ILLINOIS DEPT. OF REVENUE | 2012 Tax Return | 2810-000 | | 330.00 | 18,778.22 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.07 | 18,757.15 |
| 02/15/13 | 1002 | INTERNATIONAL SURETIES, LTD. | Bond #016026455 | 2300-000 | | 13.36 | 18,743.79 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.23 | 18,718.56 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.83 | 18,690.73 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.89 | 18,663.84 |
| 05/29/13 | | MILLER COOPER & CO., LTD | Refund of Fees | | | -936.75 | 19,600.59 |
| | | MILLER COOPER & CO., LTD | Refund of Fees        -936.75 | 3410-000 | | | 19,600.59 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.88 | 19,572.71 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.16 | 19,544.55 |
| 12/13/13 | | ASSOCIATED BANK | TRANSFER TO RABOBANK, N.A. | 9999-000 | | 19,544.55 | 0.00 |
| | | | ACCOUNT TOTALS | | 19,108.22 | 19,108.22 | $0.00 |
| | | | Less: Bank Transfers | | 19,108.22 | 19,544.55 | |
| | | | **Subtotal** | | **0.00** | **-436.33** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$-436.33** | |

{} Asset reference(s)

Printed: 03/18/2014 04:19 PM    V.13.14

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-35472  
**Case Name:** WESSELY, GARY JOSEPH  

**Taxpayer ID #:** **-***6397  
**Period Ending:** 03/18/14  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/13/13 | | RABOBANK, N.A. | TRANSFER FROM ASSOCIATED BANK | 9999-000 | 19,544.55 | | 19,544.55 |
| 01/02/14 | 20101 | NORMAN NEWMAN | Dividend paid 100.00% on $2,949.73, Trustee Compensation;  Reference: | 2100-000 | | 2,949.73 | 16,594.82 |
| 01/02/14 | 20102 | MUCH SHELIST, P.C. | Dividend paid 100.00% on $78.65, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 78.65 | 16,516.17 |
| 01/02/14 | 20103 | MUCH SHELIST, P.C. | Dividend paid 100.00% on $9,074.90, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 9,074.90 | 7,441.27 |
| 01/02/14 | 20104 | DISCOVER BANK | Final Distribution | 7100-000 | | 3,019.67 | 4,421.60 |
| 01/02/14 | 20105 | FIA CARD SERVICES, N.A. SUCCESSOR T | Final Distribution | 7100-000 | | 1,607.49 | 2,814.11 |
| 01/02/14 | 20106 | GE CAPITAL RETAIL BANK | Final Distribution | 7100-000 | | 510.45 | 2,303.66 |
| 01/02/14 | 20107 | LVNV FUNDING, LLC ITS SUCCESSORS AN | Final Distribution | 7100-000 | | 1,663.15 | 640.51 |
| 01/02/14 | 20108 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | Final Distribution | 7100-000 | | 640.51 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19,544.55 | 19,544.55 | $0.00 |
| | | | Less: Bank Transfers | | 19,544.55 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 19,544.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$19,544.55** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******16-65 | 22,621.32 | 3,513.10 | 0.00 |
| Checking # ********36 | 0.00 | -436.33 | 0.00 |
| Checking # ******4166 | 0.00 | 19,544.55 | 0.00 |
| | $22,621.32 | $21,997.32 | $0.00 |

{} Asset reference(s)

Printed: 03/18/2014 04:19 PM    V.13.14